Philip S. Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
K&L GATES LLP
222 SW Columbia Street, Suite 1400
Portland, OR 97201
Phone: (503) 228-3200 / Fax: (503) 248-9085
*Attorneys for Defendant Orion Processing, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| STATE OF OREGON, ex rel. ELLEN F. ROSENBLUM, Attorney General for the State of Oregon, and PATRICK M. ALLEN, Director of the Department of Consumer and Business Services,<br><br>                      Plaintiff,<br><br>    v.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Direct, World Law Group, World Law Plan, World Law Debt Settlement, World Law Debt Services, World Law Options, and World Law Debt Assistance, a Texas corporation; and<br><br>ORION PROCESSING, LLC, d/b/a World Law Processing and WLD Credit Repair, a Texas limited liability company,<br><br>                      Defendants. | Case No. 3:13-cv-01352-MO<br><br>**DEFENDANT ORION PROCESSING, LLC'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to L.R. 7.1-1, defendant Orion Processing, LLC discloses that it is a Texas limited liability company and that the sole member of Orion Processing, LLC is an individual named Derin Scott who is a resident of Texas.

PAGE 1 – DEFENDANT ORION PROCESSING, LLC'S
CORPORATE DISCLOSURE STATEMENT

PO-359501 v1

Dated this 12th day of August, 2013.

        K&L GATES LLP

        By: s/Philip Van Der Weele
            Philip Van Der Weele, OSB #863650
        Attorneys for Defendant Orion Processing, LLC

PAGE 2 – DEFENDANT ORION PROCESSING, LLC'S CORPORATE DISCLOSURE STATEMENT

K&L GATES LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR  97201-6632
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, a true copy of the foregoing DEFENDANT ORION PROCESSING, LLC'S CORPORATE DISCLOSURE STATEMENT was served on the following named person(s) as indicated below:

> Jermaine F. Brown, OSB #073415 - Via Email and US First Mail
> District Attorney General
> Department of Justice
> 1515 SW Fifth Ave., Suite 410
> Portland, OR  97201
> Tel.: (971) 673-1880 / Fax: (971) 673-1884
> Email: jermaine.f.brown@doj.state.or.us
>         Attorneys for Plaintiffs
>
> Swift Rock Financial, Inc. - Via First Class Mail
> Roger Peugh, Registered Agent
> 9011 Mountain Ridge Drive, Suite 220
> Austin, TX 78759

Dated this 12th day of August, 2013.

　　　　　　　　　　　　　　　　　　_s/Philip Van Der Weele_____
　　　　　　　　　　　　　　　　　　Philip Van Der Weele

CERTIFICATE OF SERVICE