Philip S. Van Der Weele, OSB #863650
Email: phil.vanderweele@klgates.com
K&L GATES LLP
222 SW Columbia Street, Suite 1400
Portland, OR  97201
Phone: (503) 228-3200 / Fax: (503) 248-9085
*Attorneys for Defendant Orion Processing, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| STATE OF OREGON, ex rel. ELLEN F. ROSENBLUM, Attorney General for the State of Oregon, and PATRICK M. ALLEN, Director of the Department of Consumer and Business Services,<br><br>                              Plaintiff,<br><br>      v.<br><br>SWIFT ROCK FINANCIAL, INC., d/b/a World Law Direct, World Law Group, World Law Plan, World Law Debt Settlement, World Law Debt Services, World Law Options, and World Law Debt Assistance, a Texas corporation; and<br><br>ORION PROCESSING, LLC, d/b/a World Law Processing and WLD Credit Repair, a Texas limited liability company,<br><br>                              Defendants. | Case No. 3:13-cv-01352-MO<br><br>**DEFENDANT ORION PROCESSING, LLC'S MEMORANDUM IN SUPPORT OF <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER AND TO STRIKE DEADLINES IN DISCOVERY AND PRETRIAL SCHEDULING ORDER** |

PAGE 1 – DEFENDANT ORION PROCESSING, LLC'S MEMORANDUM IN SUPPORT OF <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER AND TO STRIKE DEADLINES IN DISCOVERY AND PRETRIAL SCHEDULING ORDER

PO-359611  v1

K&L GATES LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR  97201-6632
TELEPHONE: (503) 228-3200

This motion of defendant Orion Processing, LLC ("Orion") arises out of the stated intention of the State of Oregon to move to remand this case to state court on the ground that diversity jurisdiction does not exist. Counsel for Orion and the State of Oregon have conferred and agree that it would be inefficient for the parties and this Court to proceed to litigate this case under the Federal Rules of Civil Procedure and the Local Rules of this Court when there is a chance that the case will be remanded to state court. Counsel have further agreed that, in the event the motion to remand is denied, they will conduct a FRCP 26(f) conference and thereafter, either jointly or separately, propose a new pretrial schedule(s) to the Court.

Accordingly, Orion requests that its motion be granted so that (1) the deadline for defendants to respond to the Complaint is 14 days after this Court's ruling on the forthcoming motion to remand; and that (2) all of the deadlines in the Discovery and Pretrial Scheduling Order (Doc. #2) are stricken.

Dated this 13th day of August, 2013.

> Respectfully submitted,
>
> K&L GATES LLP
>
> By: s/Philip Van Der Weele
>     Philip Van Der Weele, OSB #863650
> Attorneys for Defendant Orion Processing, LLC

PAGE 2 – DEFENDANT ORION PROCESSING, LLC'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AND TO STRIKE DEADLINES IN DISCOVERY AND PRETRIAL SCHEDULING ORDER

K&L GATES LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

Case 3:13-cv-01352-MO    Document 5    Filed 08/13/13    Page 3 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, a true copy of the foregoing DEFENDANT ORION PROCESSING, LLC'S MEMORANDUM IN SUPPORT OF <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER AND TO STRIKE DEADLINES IN DISCOVERY AND PRETRIAL SCHEDULING ORDER was served on the following named person(s) as indicated below:

>Jermaine F. Brown, OSB #073415
>District Attorney General
>Department of Justice
>1515 SW Fifth Ave., Suite 410
>Portland, OR  97201
>Tel.: (971) 673-1880 / Fax: (971) 673-1884
>Email: jermaine.f.brown@doj.state.or.us
>        Attorneys for Plaintiffs
>
>(Via the Court's ECF Notification System)
>
>
>Swift Rock Financial, Inc. - Via First Class Mail
>Roger Peugh, Registered Agent
>9011 Mountain Ridge Drive, Suite 220
>Austin, TX 78759
>
>(Via First Class Mail)

Dated this 13th day of August, 2013.

        _s/Philip Van Der Weele_____
        Philip Van Der Weele

PAGE 3 – DEFENDANT ORION PROCESSING, LLC'S MEMORANDUM IN SUPPORT OF <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER AND TO STRIKE DEADLINES IN DISCOVERY AND PRETRIAL SCHEDULING ORDER

K&L GATES LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR  97201-6632
TELEPHONE: (503) 228-3200